# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

FILED
2007 AUG 22  P 3: 54
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

---

### THE UNITED STATES OF AMERICA
### vs.

VICTOR MARTINEZ

---

## INDICTMENT

<u>Count One</u>: Title 18, United States Code, Section 3146(a)(2) - Failure to Surrender for Service of Sentence

<u>Count Two</u>: Title 18, United States Code, Section 401(3) - Contempt of Court

---

*A true bill.*

_____
***Foreperson***

Filed in open court this ___22___ day of __Aug.__

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

**Bail. $** _No bail warrant_

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-FILING

FILED
AUG 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07 00550 RMW |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 3146(a)(2) - Failure to Surrender for Service of Sentence; 18 U.S.C. § 401(3) - Contempt of Court |
| v. | |
| VICTOR MARTINEZ, | SAN JOSE VENUE |
| Defendant. | |

### INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 3146(a)(2))

On or about April 21, 2006, in the Northern District of California, the defendant,

VICTOR MARTINEZ,

having been released from custody pursuant to Title 18, United States Code, Section 3142, in Criminal Case No. CR-01-20086-JF in the United States District Court for the Northern District of California, San Jose Division, did knowingly fail to surrender for service of sentence pursuant to a court order, in violation of Title 18, United States Code, Section 3146(a)(2).

INDICTMENT

1 | COUNT TWO: (18 U.S.C. § 401(3))

2 | On or about April 21, 2006, in the Northern District of California, the defendant,

3 | VICTOR MARTINEZ,

4 | did knowingly and intentionally disobey and resist a lawful writ, process, order, rule, decree, and

5 | command of a court of the United States, to wit, an order of United States District Judge Jeremy

6 | Fogel in Criminal Case No. CR-01-20086-JF in the United States District Court for the Northern

7 | District of California, San Jose Division, that the defendant surrender at the institution designated

8 | by the United States Bureau of Prisons or to the United States Marshal before 2:00 p.m. on April

9 | 21, 2006 for service of a sentence of three months of imprisonment, in violation of Title 18,

10 | United States Code, Section 401(3).

12 | DATED: 8/22/07            A TRUE BILL.

                               _____
                               FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Office

(Approved as to form: _____)
                       AUSA John N. Glang

INDICTMENT                    2

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

E-FILED / FILED 2007 AUG 22 P 3:55 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

## OFFENSE CHARGED

18 U.S.C. § 3146(a)(2) - Failure to Surrender for Service of Sentence
PENALTY:
2 years imprisonment, $250,000 Fine, one year supervised release, $100 special assessment
18 U.S.C. § 401(3) - Contempt of Court
PENALTY: No Maximum penalty provided

☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

CR 07 00550 HRL

## DEFENDANT - U.S.

▶ VICTOR MARTINEZ

**DISTRICT COURT NUMBER**

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
DEPUTY U.S. MARSHAL TIM SHOBAR

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**SHOW DOCKET NO.** CR 01-20086-JF

**MAGISTRATE CASE NO.**

**Name and Office of Person Furnishing Information on THIS FORM:** SCOTT N. SCHOOLS
☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** JOHN N. GLANG

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☒ State

If answer to (6) is "Yes", show name of institution
SANTA RITA/DUBLIN - state parole violation

Has detainer been filed? ☐ Yes ☒ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year May 31, 2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT **Bail Amount:** NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**

**Date/Time:**

**Before Judge:**

**Comments:**