SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163963)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408)-535-5084
Fax: (408)-535-5066
E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICTOR MARTINEZ, ) <br> ) <br> Defendant. ) | No. CR 01-20086-JF |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICTOR MARTINEZ, ) <br> ) <br> Defendant. ) | No. CR 07-00550-RMW |

**NOTICE OF RELATED CASES IN A CRIMINAL ACTION**

The Government hereby gives notice pursuant to Criminal Local Rule 8-1 that the two above-captioned criminal cases are believed to be "related" within the meaning of said rule.

Criminal Local Rule 8-1(b)(1) provides that criminal cases are related to each other if

"(b)oth actions concern one or more of the same defendants and the same alleged events, occurrences, transactions or property." Criminal Local Rule 8-1(b)(2) also provides that criminal cases are related to each other if "(b)oth actions appear likely to entail substantial duplication of labor if heard by different judges or might create conflicts and unnecessary expenses if conducted before different judges."

In <u>United States v. Victor Martinez</u>, Case No. CR 01-20086-JF, the defendant is charged for the third time with violating his supervised release conditions in a Form 12 filed by the United States Probation Office. The current allegations include that the defendant 1) illegally used marijuana and methamphetamine and 2) failed to report to the United States Probation Officer within 72 hours of release from the Bureau of Prisons. In order to avoid possible improper double punishment, however, the current Form 12 does not allege that the defendant failed to surrender on April 21, 2006 to serve the three-month sentence at the Bureau of Prisons that Judge Fogel personally ordered the defendant to serve in that case while the defendant was in court on March 1, 2006.

In <u>United States v. Victor Martinez</u>, Case No. CR 07-00550-RMW, the defendant is charged with the separate offenses of failing to surrender to serve the above-mentioned three-month sentence and with contempt of court by failing to so surrender.

In order to prove the two offenses alleged in Case No. CR 07-00550-RMW, the government must present evidence that the defendant was on supervised release in Case No. CR 01-20086-JF and that he was ordered by Judge Fogel to surrender to serve a three-month sentence in that case that he later failed to surrender to serve. The government must also present evidence that the defendant knowingly disobeyed a lawful order issued by Judge Fogel. The wording of the contempt statute itself makes it clear that Judge Fogel has the power to personally sentence the defendant in this newer case for violating his own order; recusal of a judge in a contempt case is only required where the judge was so "personally embroiled" with the defendant as to require disqualification. <u>United States v. Galin</u>, 222 F.3d 1123, 1128 (9th Cir. 2000).

As a result, the government maintains that these two cases are related within the meaning of Criminal Local Rule 8-1(b)(1) because they involve the same defendant; proof of the charges in

**NOTICE OF RELATED CASES IN A CRIMINAL ACTION**     2

1  the newer case requires the introduction of evidence related to the earlier case; both cases appear
2  to entail substantial duplications of labor if heard by different judges; and the defendant's
3  contumacious conduct in the newer case should be sentenced by the same judge whose order was
4  disobeyed in that case - which judge is the same judge who was assigned to the earlier case.
5      Pursuant to Criminal Local Rule 8-1(c)(4), the government further maintains that assignment
6  to a single judge "is likely to conserve judicial resources and promote an efficient determination
7  of the action." Accordingly, pursuant to Criminal Local Rule 8-1(e), the Government requests
8  that both cases be assigned to the judge assigned to the earliest-filed case, to wit, Judge Jeremy
9  Fogel.

11 DATED:      09/14/07

12                                      Respectfully submitted,

13                                      SCOTT N. SCHOOLS
                                        United States Attorney

15                                           /S/
                                        _____
16                                      JOHN N. GLANG
                                        Assistant United States Attorney

**NOTICE OF RELATED CASES IN A CRIMINAL ACTION**    3