UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

| | | |
|---|---|---|
| CR-01-20086-JF | USA vs | Victor Martinez |
| CR-07-00550-RMW | USA vs | Victor Martinez |

**Filed**

SEP 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[~~X~~] ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment ~~to any~~ of the action(s) currently assigned to another judge is not warranted.

[X] ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials _JF_ immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: 9/18/07

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

Richard W. Wieking, Clerk

DATED: 9/19/07

By: _____
Deputy Clerk

Copies to: Courtroom Deputies
 Case Systems Administrators
 Counsel of Record
Entered into Assignment Program:
 (date)