UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Hearing re Violation of Supervised Release/Status Review, September 19, 2007
**Case Number:** CR-01-20086-JF and Related Case CR-07-00550-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:      UNITED STATES OF AMERICA V. VICTOR MARTINEZ

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Victor Martinez |
| Attorneys Present: John Glang | Attorneys Present: Jack Gordon |

PROCEEDINGS:

Status review hearing held. Counsel, Probation Officer Sonia Lapizco and defendant are present. Both cases are continued to 11/7/07 at 9:00 a.m. for further status review.

49 days are excluded in case number CR-07-00550-JF.