1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                            SAN JOSE DIVISION
6
7
| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>V.<br>VICTOR MARTINEZ,<br>　　　　Defendant. | Case Number CR-07-00550-JF<br><br>Status Review Hearing<br><br>November 8, 2007<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Status Review hearing set on November 7, 2007 is continued to November 8, 2007 at 9:00 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.


November 2, 2007                    For the Court
                                    Richard W. Wieking, Clerk


                                    By:___/s/_____
                                    Diana Munz
                                    Courtroom Deputy Clerk