UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

~~CIVIL~~ Criminal MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date __11/20/07__

ERO _____  Clerk _____

Case No. __CR-07-00550JF__ Case Title __US v. Victor Martinez__
__CR-01-20086 JF__

Appearances for Plaintiff(s): __John Glang, AUSA__

Appearances for Defendant(s): __Jack Gordon (defendant present)__

## PROCEEDINGS

Pretrial Conferences:
- [ ] Initial
- [x] Criminal Settlement
- [ ] Status
- [ ] Final
- [ ] Discovery
- [ ] Other _____

## MOTIONS

| Plf | Deft | | check if case dispositive |
|---|---|---|---|
| [ ] | [ ] | 1. | [ ] |
| [ ] | [ ] | 2. | [ ] |
| [ ] | [ ] | 3. | [ ] |
| [ ] | [ ] | 4. | [ ] |

## DISPOSITION

- [ ] Granted
- [ ] Denied
- [ ] Submitted
- [ ] Briefs to be filed (See schedule)
- [x] Settled — _tentatively settled_
- [ ] Not Settled
- [ ] Granted in part, denied in part
- [ ] Off Calendar

Briefing Schedule: Opening _____ Answer _____
Reply _____
[ ] Continued to _____ for _____

## ORDER TO BE PREPARED BY

[ ] Plaintiff   [ ] Defendant   [ ] Court   [ ] Court w/opinion

NOTES: __1 hour.__