## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, November 28, 2007
**Case Number:** CR-07-00550-JF/HRL and Related Case Number CR-01-20086-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**      **UNITED STATES OF AMERICA V. VICTOR MARTINEZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Victor Martinez |
| Attorneys Present: John Glang | Attorneys Present: Jack Gordon |

PROCEEDINGS:

Further status review hearing held. Counsel, Probation Officer Sonia Lapizco and defendant are present. Continued to 12/12/07 at 9:00 a.m. for further status review. 14 days are excluded for the reasons stated.