UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, December 12, 2007
**Case Number:** CR-07-00550-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   **UNITED STATES OF AMERICA V. VICTOR MARTINEZ**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| United States | Victor Martinez |
| Attorneys Present: John Glang | Attorneys Present: Jack Gordon |

PROCEEDINGS:

Disposition hearing held. Counsel, Probation Officer Susan Portillo and defendant are present. Defendant pleads guilty to count 1 of the Indictment. Continued to 1/30/08 at 9:00 a.m. for judgment and sentencing. The remaining counts are submitted.