UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, January 30, 2008
**Case Number:** CR-07-00550-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**   UNITED STATES OF AMERICA V. VICTOR MARTINEZ

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Victor Martinez |
| Attorneys Present: John Glang | Attorneys Present: Jack Gordon |

PROCEEDINGS:

Sentencing hearing held. Counsel, Probation Officer Susan Portillo and defendant are present. Defendant is sentenced to 24 months on count 1 of the Indictment and $100.00 special assessment. No supervised release is imposed. Defendant shall serve this sentence concurrent to the sentenced imposed in CR-01-20086-JF. The remaining counts are dismissed.